IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DONALD RAY CUNNINGHAM**                                              **PLAINTIFF**

**v.**                              **Civil No. 04-5298**

**OFFICER KERN, an officer of the
Washington County Sheriff's Office/
Detention Center, LEE OWEN, Sheriff,
Washington County Sheriff's Department,
OFFICER STRAIN, an oficer of the
Washington County Sheriff's Office/
Detention Center; RHONDA BRADLEY,
Nurse at the Washington County
Detention Center, and SGT REESER,
investigating officer**                                                  **DEFENDANTS**

**O R D E R**

Now on this 17th day of July, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #26), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the defendant's Motion for Summary Judgment is hereby **granted and this case dismissed.**

**IT IS SO ORDERED.**

                                                 **/s/Jimm Larry Hendren**
                                                 **HON. JIMM LARRY HENDREN
                                                 UNITED STATES DISTRICT JUDGE**